### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DONALD DWAYNE WHATLEY,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) CIV. ACT. NO. 1:19-cv-938-TFM-N |
| **JEFFERSON D. DUNN,** | ) |
| Commissioner, Alabama Department | ) |
| of Corrections | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date, it is **ORDERED, ADJUDGED, and DECREED** that Donald Dwayne Whatley's Petition for Writ of Habeas Corpus by Prisoner in State Custody filed pursuant to 28 U.S.C. § 2254 is **DENIED** in its entirety.  Further the Court determines that Petitioner is not entitled to a Certificate of Appealability on any grounds.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 31st day of August, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE